# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN E. BONIER, A/K/A DARREN E. BONIOR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74121

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for order directing clerk to issue presentence investigation report. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Tierra Danielle Jones, District Judge
Darren E. Bonior
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

17-39842